UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| EMBREX, INC., ) | |
|     Plaintiff, ) | |
| ) | No. 5:08-CV-361-BR |
| v. ) | No. 5:08-CV-363-BR |
| ) | No. 5:08-CV-364-BR |
| SERVICE ENGINEERING CORP. and ) | |
| EDWARD G. BOUNDS, JR., ) | |
|     Defendants. ) | |

O R D E R

By order of 8 March 2010, the court allowed plaintiff extensions of time to serve defendants with the summonses and complaints in these actions. The time period for service has now expired. By letter dated 3 June 2010, plaintiff's counsel informed the court that plaintiff would not seek any additional extensions of time. Because plaintiff has not served defendants within the time permitted, the above actions are DISMISSED WITHOUT PREJUDICE.

This 30 June 2010.

                                            W. Earl Britt
                                            Senior U.S. District Judge